IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| EMILE GREEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-423 |
| § | |
| SEARIVER MARITIME, INC. and § | |
| S/R MARE ISLAND, § | |
| § | |
| Defendants. § | |

## ORDER ON DEFENDANT SEARIVER MARITIME, INC.'S MOTION FOR SUMMARY JUDGMENT

This suit arises out of alleged personal injuries sustained by Plaintiff Emile Green ("Plaintiff"). The bench trial in this matter was held before the Court from August 7, 2006 to August 8, 2006. Now before the Court is Defendant Seariver Maritime, Inc.'s ("Defendant) Motion for Judgement on Partial Findings pursuant to Fed. R. Civ. P. 52(c). The same Motion was orally presented to the Court both at the close of Plaintiff's case-in-chief, and at the close of the trial. It was denied both times. Therefore, Defendant's Motion for Judgment on Partial Findings is hereby **DENIED** for the same reasons as set out on the record.

**IT IS SO ORDERED**.

**DONE** this 9th day of August, 2006, at Galveston, Texas.

Samuel B. Kent
United States District Judge