United States Courts
Southern District of Texas
ENTERED
DEC 5 - 2006
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON, DIVISION

| | | |
|---|---|---|
| EMILE GREEN | § | |
| | § | |
| VS. | § | C.A. No. G-05-423 |
| | § | |
| | § | |
| SEARIVER MARITIME, INC. AND | § | |
| S/R MARE ISLAND | § | RULE 9(H) ADMIRALTY |

# FINAL JUDGMENT

This cause, having come on for non-jury trial on August 7, 2006, the Hon. Samuel B. Kent presiding, and the Court having carefully considered all relevant materials in the issuance hereof, and in conformity with the Findings of Fact and Conclusions of Law this date entered, it is the Judgment of this Court that Plaintiff Emile Green have and recover of and from Defendant SeaRiver Maritime, Inc., the total sum of Five Hundred Eight Thousand Three Hundred Twenty-three and 75/100 Dollars ($508,323.75), together with pre-judgment interest through the date of this Judgment at the rate of four percent (4%), together with post-judgment interest until this Judgment is fully satisfied, at the rate of five percent (5%) per annum, together with taxable costs of court.

**THIS IS A FINAL JUDGMENT. ALL RELIEF NOT HEREIN PROVIDED IS EXPRESSLY DENIED.**

Let execution issue hereupon if Judgment is not timely paid.

**SIGNED, RENDERED and ENTERED** this the 5th day of December, 2006, at Galveston, Texas.

UNITED STATES DISTRICT JUDGE